Clary v. Fender      OP 17-0351      06/27/17      Original Proceeding
                                  Denied                                        Habeas Corpus